MAYHEW, Respondent, v. AUGUST BELMONT HOTEL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by John F. Mayhew against the August Belmont Hotel Com-

pany. T. H. Lord, of New York City, for appellant. G. W. Glaze, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and DOWLING, JJ., dissent.